**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:20 CR 379 SEP/NAB |
| ) | |
| MARCUS ANTONIO BEASLEY (1), ) | |
| KEVIN MENILEK INGRAM, JR. (2), and ) | |
| STEVEN PAUL WRIGHT (4), ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b).  On September 16, 2020, the undersigned deemed this matter a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). [Doc. 65.] On January 13, 2021, following an attorneys-only status conference, the undersigned set a preliminary pretrial motion deadline of February 23, 2021.  This matter is now before the Court on defendants' separate requests for additional time to file pretrial motions, or notices of intent not to file pretrial motions.

In support of his motion [Doc. 97], Defendant Beasley stated that Defendant is presently reviewing the discovery provided by the Government, and defense counsel needs more time to review the discovery with and consult with the defendant who is confined.  Beasley's motion further stated that the defendant and the Government are presently in plea negotiations.  Therefore, Defendant requested that the pretrial motion deadline be continued thirty days.  The Government does not object to Defendant's request.

In support of his motion [Doc. 95], Defendant Ingram stated that defense counsel has been working with the Government to obtain a final piece of discovery and that while the Government

did provide it to counsel, other arrangements are being made due to a technology glitch. Therefore, Defendant requested that the pretrial motion deadline be continued to March 19, 2021. The Government does not object to Defendant's request.

In support of his motion [Doc. 96], Defendant Wright stated that Defendant and his counsel have nearly completed review of the discovery and are in need of additional time to complete said review. The motion further stated that upon completion of discovery review, Defendant and counsel will need time to meet and discuss the issue of filing pretrial motions. Therefore, Defendant requested that the pretrial motion deadline be continued to March 23, 2021.

For the reasons stated in defendants' separate motions, I will GRANT defendants' requests. Accordingly,

**IT IS HEREBY ORDERED** that defendants' motions for extension of time to file pretrial motions or notices of intent not to file pretrial motions [Docs. 95-97] are **GRANTED**.

**IT IS FURTHER ORDERED** that defendants shall have until **March 25, 2021** to file pretrial motions or a notice of intent not to file pretrial motions. The Government shall have until **April 8, 2021** to respond.

**IT IS FINALLY ORDERED** that Defendant Beasley's Motion for Leave to File Waiver of Pretrial Motions [Doc. 98], which the undersigned construes as a motion for leave to file his request for an extension out of time, is **GRANTED**.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of February, 2021.